# In the United States Court of Federal Claims

Nos. 17-1189L, 17-1191L, 17-1194L, 17-1195L, 17-1206L, 17-1215L, 17-1216L
17-1232L, 17-1235L, 17-1277L, 17-1303L, 17-1300L, 17-1332L, 17-1390L,
17-1374L, 17-1391L, 17-1393L, 17-1394L, 17-1395L, 17-1396L, 17-1397L,
17-1398L, 17-1399L, 17-1408L, 17-1409L, 17-1423L, 17-1427L, 17-1428L,
17-1430L, 17-1433L, 17-1434L, 17-1435L, 17-1436L, 17-1437L, 17-1438L,
17-1439L, 17-1450L, 17-1451L, 17-1453L, 17-1454L, 17-1456L, 17-1457L,
17-1458L, 17-1459L, 17-1460L, 17-1461L, 17-1512L, 17-1514L, 17-1515L,
17-1516L, 17-1517L, 17-1518L, 17-1519L, 17-1520L, 17-1521L, 17-1522L,
17-1523L, 17-1524L, 17-1525L, 17-1545L, 17-1555L, 17-1559L, 17-1564L,
17-1565L, 17-1566L, 17-1567L, 17-1569L, 17-1577L, 17-1578L, 17-1582L,
17-1588L, 17-1625L, 17-1636L

Filed:  October 31, 2017

```
*************************************
                                    *
Y AND J PROPERTIES, LTD.,           *
individually and on behalf of all other  *
persons similarly situated, et al., *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

**MANAGEMENT ORDER NO. 1**
**(ORDER ESTABLISHING MASTER DOCKET)**

To promote the efficient administration of justice, it is hereby ORDERED:

1. ***Pretrial Consolidation.*** The above-identified cases and any subsequently filed directly or indirectly related cases, as defined in Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), are hereby consolidated for pretrial management.  Management Order No. 1 does not address whether these actions are or will be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the RCFC.

   **(a)** *Master Docket.* The Clerk will create a Master Docket, <u>In re Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Case No. 17-3000L, that lists all attorneys of

1

record. The Clerk will docket this Order and the following Notice in each of the above-referenced consolidated actions:

> NOTICE: Master Docket: In re Addicks and Barker (Texas) Flood-Control Reservoirs, Case No. 17-3000L, has been opened and assigned to Chief Judge Susan G. Braden for pretrial management. From this date and until further order, all filings in these consolidated cases will be filed in this Master Docket.

**(b)** ***Future Filings; Case Caption.*** Without an order rescinding Management Order No. 1, all future filings in these consolidated cases will be made in this Master Docket and will bear the following caption:

# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 ℭ𝔩𝔞𝔦𝔪𝔰

| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
|---|---|
| THIS DOCUMENT APPLIES TO: | |

*i.* A filing that is applicable to all of these consolidated actions will state in the caption that it applies to "ALL CASES." Such filing will be made in the Master Docket only but will be deemed filed and docketed in each individual case to the extent applicable.

*ii.* A filing that applies only to a particular case(s) will state in the caption the applicable case number(s) and the last name(s) of the named plaintiff(s). The filing will be made in the Master Docket and the Clerk will docket the filing in each applicable case.

2. *Newly Filed Actions.* When a directly or indirectly related case subsequently is filed, the Clerk will:

   i. make an appropriate entry in the Master Docket;
   ii. docket a copy of this Order in the newly filed case; and
   iii. docket a copy of the Notice identified in paragraph 1(a) above in the newly filed case.

3.  This Order will apply to all directly or indirectly related cases that subsequently are filed in or transferred to this court.

>                                s/Susan G. Braden
>                                SUSAN G. BRADEN
>                                Chief Judge