# In the United States Court of Federal Claims

Filed: December 18, 2017

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | Master Docket No. 17-3000L |

**SCHEDULING ORDER**

     The December 20, 2017 hearing scheduled in the above-captioned case has been rescheduled to begin at **9:30 AM (CST)** on Wednesday, December 20, 2017 in Courtroom 10-B in the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas.

     **IT IS SO ORDERED.**

                                                                        s/ Susan G. Braden
                                                                      **Susan G. Braden**
                                                                        **Chief Judge**